UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. ) No.
)
KERRY CALDWELL ) 4:17CR00515 HEA/NAB
)
      Defendant. )

FILED
NOV - 8 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 27, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**KERRY CALDWELL,**

the defendant, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2009 Mazda, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 27, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**KERRY CALDWELL,**

the defendant, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation

of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about, October 27, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**KERRY CALDWELL,**

the defendant, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS MEHAN, #12736MO
Assistant United States Attorney